# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report Required by the Ethics
Reform Act of 1989, Pub L No.
101-194. November 30, 1989
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting   (Last name, first, middle initial)  Battani, Marianne O. | 2. Court or Organization  U.S. District Court-Eastern MI | 3. Date of Report  08/05/1999 |
|---|---|---|
| 4. Title   (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Nominee, District Court Judge | 5. Report Type (check type)  X Nomination, Date 08/05/1999  ___ Initial ___ Annual ___ Final | 6. Reporting Period  01/01/1998  to  07/30/1999 |
| 7. Chambers or Office Address  Wayne County Circuit Court  1421 City-County Building  Detroit, Michigan 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS   (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Secretary/Trustee | Detroit College of Law at Michigan State University |
| 2 | Instructor, Motion Practice oral argument | Cooley Law School |
| 3 | Chair | Judicial Tenure Commission |

## II. AGREEMENTS   (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 1982 | State of Michigan Defined Benefit Pension |
| 2 | 1982 | County of Wayne Defined Benefit Pension |
| 3 | | |

## III. NON-INVESTMENT INCOME   (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 1997 | Cooley Law School, compensation | $ 900.00 |
| 2 | 1998 | Cooley Law School, compensation | $ 900.00 |
| 3 | 03/99 | Cooley Law School, compensation | $ 300.00 |
| 4 | 1997 | Wayne County Circuit Court, gross wages | $ 109,257.00 |

**FINANCIAL DISCLOSURE REPORT**   Battani, Marianne C.

**SECTION HEADING.**   (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | | Gross Income |
|------|------|-----------------|---|--------------|
| 5 | 1998 | Wayne County Circuit Court, gross wages | $ 109,257.00 | |
| 6 | 01/99 | Wayne County Circuit Court, gross wages | $ 9,545.00 | |
| 7 | 02/99 | Wayne County Circuit Court, gross wages | $ 9,545.00 | |
| 8 | 03/99 | Wayne County Circuit Court, gross wages | $ 9,545.00 | |
| 9 | 04/99 | Wayne County Circuit Court, gross wages | $ 9,545.00 | |
| 10 | 05/99 | Wayne County Circuit Court, gross wages | $ 9,545.00 | |
| 11 | 06/99 | Wayne Couty Circuit Court, gross wages | $ 9,545.00 | |
| 12 | 07/99 | Wayne County Circuit Court, gross wages | $ 9,545.00 | |

II-10

**FINANCIAL DISCLOSURE REPORT**

**SECTION HEADING.**   (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | | Gross Income |
|------|------|-----------------|---|--------------|
| 5 | 1998 | Wayne County Circuit Court, gross wages | $ 109,257.00 | |
| 6 | 01/99 | Wayne County Circuit Court, gross wages | $ 9,545.00 | |
| 7 | 02/99 | Wayne County Circuit Court, gross wages | $ 9,545.00 | |
| 8 | 03/99 | Wayne County Circuit Court, gross wages | $ 9,545.00 | |
| 9 | 04/99 | Wayne County Circuit Court, gross wages | $ 9,545.00 | |
| 10 | 05/99 | Wayne County Circuit Court, gross wages | $ 9,545.00 | |
| 11 | 06/99 | Wayne Couty Circuit Court, gross wages | $ 9,545.00 | |
| 12 | 07/99 | Wayne County Circuit Court, gross wages | $ 9,545.00 | |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 National Bank of Detroit | A | Interest | J | T | exempt | | | | |
| 2 Public Service Credit Union | A | Interest | J | T | exempt | | | | |
| 3 Fidelity Ultra Service Account: | | | | | | | | | |
| 4 Fidelity Puritan | C | Dividend | J | T | exempt | | | | |
| 5 Fidelity Cash Reserves | A | Dividend | J | T | exempt | | | | |
| 6 Fidelity Fund | A | Dividend | J | T | exempt | | | | |
| 7 Fidelity IRA Account: | | | | | | | | | |
| 8 Euro Disney stock | | None | J | T | exempt | | | | |
| 9 Euro Disney bonds | | None | J | T | exempt | | | | |
| 10 US Treas Secs | | None | J | T | exempt | | | | |
| 11 Fidelity Contrafund | | None | K | T | exempt | | | | |
| 12 Fidelity Equity Income II | | None | J | T | exempt | | | | |
| 13 Fidelity Fund | | None | J | T | exempt | | | | |
| 14 Fidelity Magellan Fund | | None | K | T | exempt | | | | |
| 15 Fidelity Puritan | | None | J | T | exempt | | | | |
| 16 Janus Fund | | None | K | T | exempt | | | | |
| 17 Walt Disney Stock (DC) | | None | J | T | exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

II-11

Name of Person Reporting
Parrani, Marianne C.

Date of Report
08/05/1999

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-34 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 American Century Select (DC) | B | Dividend | K | T | exempt | | | | |
| 19 Deferred Compensation 457: | | | | | | | | | |
| 20 State Street Stable Value | | None | J | T | exempt | | | | |
| 21 State Street S&P | | None | K | T | exempt | | | | |
| 22 State Street S&P Mid Cap | | None | K | T | exempt | | | | |
| 23 State Street Russell 2000 | | None | K | T | exempt | | | | |
| 24 State Street Daily EAFE | | None | J | T | exempt | | | | |
| 25 Aggressive Asset Allocation | | None | J | T | exempt | | | | |
| 26 Dodge & Cox Stock Fund | | None | J | T | exempt | | | | |
| 27 Fidelity Magellan Fund | | None | K | T | exempt | | | | |
| 28 Putnam Voyager A Fund | | None | J | T | exempt | | | | |
| 29 PBHG Emerging Growth Fund | | None | K | T | exempt | | | | |
| 30 SSgA Small Cap Fund | | None | J | T | exempt | | | | |
| 31 Euro Pacific Growth Fund | | None | J | T | exempt | | | | |
| 32 Templeton Foreign Fund | | None | J | T | exempt | | | | |
| 33 Deferred Compensation 401K: | | | | | | | | | |
| 34 State Stree S&P 500 Index | | None | K | T | exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

II-12

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse. "(S)" for seperate ownership by spouse. "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 State Street S&P Mid Cap | | None | J | T | exempt | | | | |
| 36 State Street Russell 2000 | | None | J | T | exempt | | | | |
| 37 State Street Daily EAFE | | None | J | T | exempt | | | | |
| 38 Moderate Asset Allocation | | None | J | T | exempt | | | | |
| 39 Aggressive Asset Allocation | | None | J | T | exempt | | | | |
| 40 Dodge & Cox Stock Fund | | None | J | T | exempt | | | | |
| 41 Fidelity Magellan Fund | | None None | J | T | exempt | | | | |
| 42 PBHG Emerging Growth Fund | | None None | J | T | exempt | | | | |
| 43 SSgA Small Cap | | None | J | T | exempt | | | | |
| 44 Euro Pacific Growth Fund | | None | J | T | exempt | | | | |
| 45 Templeton Foreign I Funds | | None | J | T | exempt | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

II-13